IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| TORY GRAY, | § | |
| | § | |
| Petitioner, | § | |
| | § | Civil Action No. 3:08-CV-2068-D |
| VS. | § | |
| | § | |
| NATHANIEL QUARTERMAN, Director, | § | |
| Texas Department of Criminal Justice, | § | |
| Correctional Institutions Division, | § | |
| | § | |
| Respondent. | § | |

## **ORDER**

After making an independent review of the pleadings, files, and records in this case, and the findings and recommendation of the magistrate judge, the court concludes that the findings and conclusions are correct and are therefore adopted.

**SO ORDERED**.

December 23, 2008.

_____
SIDNEY A. FITZWATER
CHIEF JUDGE